# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

150142

_____

In re ARS, Minor.

_____

PHILLIP SCHNEBELT and PAMELA
SCHNEBELT,
      Petitioners-Appellants,

v

DEREK MUSALL,
      Respondent-Appellee,

and

KAYLEIGH MARIE SCHNEBELT,
      Respondent-Appellant.

_____/

SC: 150142
COA: 318638
Shiawassee CC Family Division:
13-003727-AF

On order of the Court, the application for leave to appeal the June 12, 2014 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order, addressing: (1) whether the respondent father demonstrated adequate "good cause" under Section 25 of the Adoption Code, MCL 710.25(2), for the adjournment of the adoption proceeding, see *In re MKK*, 286 Mich App 546 (2009); (2) whether the respondent adequately demonstrated that he had "provided substantial and regular support or care in accordance with [his] ability to provide such support or care for the mother during pregnancy or for either mother or child after the child's birth during the 90 days before notice of the hearing was served upon him," MCL 710.39(2); and (3) whether the trial court gave adequate consideration to the legislative mandate that all adoption proceedings "be considered to have the highest priority . . . ." MCL 710.25(1).



s1119

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2014



Clerk